# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLY S. ALI,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TRANS UNION, et al.,<br><br>　　　　　Defendants. | No.  1:15-cv-00270---SKO<br><br>**ORDER DIRECTING CLERK OF COURT TO  UPDATE THE DOCKET** |

　　　On March 3, 2015, Defendant Trans Union filed its stipulation with Plaintiff that the claims against Trans Union be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　　In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action with a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).   Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective

automatically and does not require judicial approval. *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077 (9th Cir. 1999). "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because Plaintiff and Defendant Trans Union have filed a stipulation of dismissal with prejudice of Plaintiff's claims against Trans Union under Rule 41(a)(1)(A)(ii), the claims against Trans Union have been dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly IT IS HEREBY ORDERED that the Clerk of the Court is to administratively update the docket to reflect that Trans Union has been dismissed as a defendant in this action.

IT IS SO ORDERED.

Dated:   **March 3, 2015**                              **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE