# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALLY S. ALI,<br><br>                Plaintiff,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.,<br><br>                Defendants.<br>_____/ | Case No.  1:15-cv-00270-KJM- SKO<br><br>**ORDER RESETTING SCHEDULING CONFERENCE TO AUGUST 27, 2015**<br><br>**ORDER THAT PLAINTIFF SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |

Plaintiff Wally S. Ali ("Plaintiff") removed this to federal court from Fresno County Superior Court in February of 2015. (Doc. 1.) On February 25, 2015, a case management conference ("CMC") was set for April 16, 2015 (Doc. 3) and a scheduling conference was set for May 19, 2015 (Doc. 2). Defendant Tran Union, LLC, was dismissed from the case on March 3, 2015. (Docs. 9; 10.) Defendant Equifax, Inc. filed an answer with jury demand on February 26, 2015. (Doc. 6.)

Because no proof of service was filed and Defendant Experian Information Solutions, Inc. ("Experian") had not yet answered the complaint, the Court continued the CMC and consolidated it with the scheduling conference on May 19, 2015, and ordered Plaintiff to file proof of service or a status report indicating whether Plaintiff intended to continue to prosecute this case against Defendant Experian. (Doc. 11.) Because all parties had not consented to Magistrate Judge jurisdiction, the Court vacated the May 19, 2015, conference. (Doc. 12.)

On May 22, 2015, the Court set the scheduling conference for July 30, 2015, and ordered Plaintiff to address the status of Defendant Experian in the parties' joint scheduling report. (Doc. 15.) Although the parties were ordered to file a joint scheduling report one week before the July 30, 2015, scheduling conference (Doc. 15), no joint report was filed.

Because Plaintiff did not file any proof of service, the Court has no information whether Defendant Experian has been served. Further, the parties failed to prepare and file a joint scheduling report in accordance with the Court's May 22, 2015, minute order.

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference previously set for July 30, 2015, is RESET to August 27, 2015, at 10:30 a.m. in Courtroom 7;

2. By no later than August 13, 2015, Plaintiff shall file a statement showing cause why sanctions should not be imposed for failing to comply with the Court's May 22, 2015, minute order.

IT IS SO ORDERED.

Dated:   **July 27, 2015**              /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE